

# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 2657 | 9/4/2019 | 609910 | Page 1 of 1 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 81793 | 10/4/2019 | 384627 | 12084090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056

**Ship To:** PORT OF GALVESTON
123 25TH ST
GALVESTON, TX 77550

**Sold To:** BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE, NY 11747-2342

ATTN: ACCOUNTS PAYABLE

**Deliver To:**

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| | | CAPT | | 630 | 9753179 | 156732 |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| | | NA | | | | IC - Interstate Commerce |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 55000.000000 | GA | 497193 | ECA MAR FUEL DYED 15 PPM MAX, BULK<br>♦ Meter: 314793 ♦ Yard: 370283 ♦ Rig: NA ♦ Vessel: KIM BOUCHARD ♦ Area-Block: NA<br><br>FOR USE IN CATEGORY 3 MARINE VESSELS ONLY. NOT FOR USE IN ENGINES NOT INSTALLED ON C3 MARINE VESSELS. DYED DIESEL/KEROSENE FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE. | 09/02/19 | 384502 | 2.060000 | 113,300.00 |
| | | | FEDERAL LUST<br>♦ Meter: 314793 ♦ Yard: 370283 ♦ Rig: NA ♦ Vessel: KIM BOUCHARD ♦ Area-Block: NA | | | .001000 | 55.00 |
| 20.000000 | EA | 502797 | DISPOSAL, BAGS OF TRASH<br>♦ Meter: 314793 ♦ Yard: 370283 ♦ Rig: NA ♦ Vessel: KIM BOUCHARD ♦ Area-Block: NA | 09/02/19 | 384502 | 25.000000 | 500.00 |
| 2.000000 | EA | 496304 | DISPOSAL, FILTER & RAG DRUMS, 296455<br>♦ Meter: 314793 ♦ Yard: 370283 ♦ Rig: NA ♦ Vessel: KIM BOUCHARD ♦ Area-Block: NA | 09/02/19 | 384502 | 100.000000 | 200.00 |
| 6100.000000 | GA | 496528 | POTABLE WATER<br>♦ Meter: 314793 ♦ Yard: 370283 ♦ Rig: NA ♦ Vessel: KIM BOUCHARD ♦ Area-Block: NA | 09/02/19 | 384502 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** $114,055.00

## MESSAGES

### PAYMENT REMITTANCE

| CHECK | MARTIN ENERGY SERVICES LLC<br>Martin Energy Services LLC<br>PO Box 95363<br>Grapevine, TX 76099-9733 | WIRE | Regions Bank<br>Account # ████0625<br>ABA # ████<br>ACH # ████<br>Swift Code: ████ |
|---|---|---|---|



♦♦♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦♦♦

DOC. CONTROL #   09042019202013

# BUNKERING CERTIFICATE

**MARTIN ENERGY SERVICES**
Three Riverway
Suite 400
Houston, TX 77056
24 Hour #
(800) 421-4738

EPA Registered Entity #4954
EPA Mobile Facility #83229

TICKET NO. 156732

| DELIVERED TO | | DATE | CUSTOMER ORDER NO. |
|---|---|---|---|
| M.V. / S.S. KIM BOUCHARD | AGENT | 9/2/19 | |
| BARGE NO. MMLP 285 | BARGE IV ✓ | TRUCK ☐ | IMO NO. 9753179 |
| CUSTOMER NAME BOUCHARD TRANSPORTATION | | DELIVERY POINT BOLIVAR RDS | METER TICKET NO. 314793 |

| PRODUCT DESCRIPTION | NOTES/COMMENTS |
|---|---|
| ECA FUEL | |
| API GRAVITY @ 60°F  35.4 | |
| SP. GRAVITY @ 60°F / DENSITY @ 15°C  10.08478 | CETANE : 47.1 |
| VISCOSITY KINEMATIC (cST @40°C) | |
| FLASH POINT  160°F | |
| SULFUR, %  0.00015 % | |
| TEMP °F | |
| GALS PER TON | |
| SAMPLE SEAL NUMBERS  4578296, 4578097, 4578202, 4578214, 4578201, 4578205 | |

ECA Marine Fuel Dyed *1,000 ppm sulfur (maximum) ECA marine fuel. For use in Category 3 marine vessels only. Not for use in engines not installed on C3 marine vessels."

| PRODUCT | PRODUCT CODE | SAMPLE PASSED | SAMPLE PASSED NUMBER | GROSS GALLONS | CONVERSION FACTOR | NET GALLONS | METRIC TONS |
|---|---|---|---|---|---|---|---|
| MGO/DMA | | Y | 4578296 / 4578097 | | | 55,000 | |

| PRODUCT | ARRIVED ALONGSIDE | | HOSES ON | | START PUMPING | | FINISH PUMPING | | HOSES OFF | | DEPARTED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | HOUR | DATE | HOUR | DATE | HOUR | DATE | HOUR | DATE | HOUR | DATE | HOUR |
| MGO/DMA | 9-2-19 | 1445 | 9-2-19 | 1535 | 9-2-19 | 1555 | 9-2-19 | 1905 | 9-2-19 | 1915 | 9-2-19 | |

**TERMS & CONDITIONS:**
THIS BUNKERING CERTIFICATE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mcs/current/ AND INCORPORATED BY REFERENCE, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

RECEIVED FOR USE AS BUNKERS, TOGETHER WITH REPRESENTATIVE SAMPLE. THE QUANTITIES SHOWN ABOVE, EXACT QUANTITIES SHOWN ARE SUBJECT TO CORRECTION IN CASE OF ERROR. SULPHUR LESS THAN 0.1%.

THIS SHIP OR VESSEL TO WHICH THIS PRODUCT IS DELIVERED IS ENGAGED IN TRANSPORTING PERSONS AND/OR PROPERTY IN INTERSTATE AND/OR FOREIGN COMMERCE AND DOES NOT OPERATE ON OR IN WATERWAYS OF THE STATE OF _____. MILEAGE FROM THE TERRITORIAL LIMIT TO PORT DOCKSIDE AND RETURN TO INTERNATIONAL WATERS, FOREIGN OR COASTWISE, IS NOT CONSIDERED TO BE MILEAGE IN _____. THE UNDERSIGNED ALSO CERTIFIES THAT THE QUANTITY/GRADE RECEIVED IS IN ACCORDANCE WITH THE VESSEL'S REQUIREMENTS.

No disclaimer stamp of any type or form will be accepted on this bunkering certificate, nor should any such stamp be applied, will it alter, change or waive MARTIN ENERGY SERVICES LLC's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

REPRESENTATIVE SAMPLE(S) OF THIS DELIVERY PASSED ✓ / NOT PASSED BY: _____ THE FOREGOING RECEIVED ON BOARD VESSEL. (SEE STATEMENT ABOVE)

**DECLARATION**
Martin Energy Services LLC declares that the fuel oil supplied is in conformity with regulation 14(1) or (4)(a) and regulation 18(1) of MARPOL Annex VI.

_signature_  9-2-19    _signature_ 2 Sept 2019
TANKERMAN   DATE    AUTHORIZED VESSEL OFFICER   DATE

REV. 8/16

**MARTIN ENERGY SERVICES LLC**
HOUSTON, TEXAS

314793
MTK 314793

BRANCH: MMLP 285
JDE #:
**METER TICKET**
☐ CASH   ☐ CREDIT
Customer No: 2657   Date: 9-2-19   Time:
Sold To: BOUCHARD TRANSPORTATION
Order by:   Phone #:
P.O. #/Authorization:
Delivered To: (Location/Vessel) KIM BOUCHARD

| | |
|---|---|
| MV Owner | Off. # |
| AFE # | Well # |
| Loc # | Rig # |
| OCSG # | Other |

APPROVED BY:

| GALLONS | PRODUCT DESCRIPTION & NUMBER | PRICE | AMOUNT |
|---|---|---|---|
|  | DIESEL FUEL #2 NR DYED 15 ppm | | |
| 55,000 | ECA FUEL | | |
|  | MARINE FUEL OIL/MGO/DMA #3, NA 1993, PG III | | |

BARGE / SHORE TANK INSPECTED FOR WATER: ☐ YES ☐ NO
POTABLE WATER: ☐ YES ☐ NO
EXCISE TAX EXEMPT: ☐ YES ☐ NO
SALES TAX EXEMPT: ☐ YES ☐ NO
TOTAL

Your Sale No.
AA45-3-7
AA45-3-6
3773287

Gallons Reading Finish
7 7 8 8 1 5 8
7 7 3 3 4 5 9

Previous Sale No.
37787887

Gallons Reading Start
Gallons Delivered: 55,000
METER #:   SERVED BY: mb

PURCHASE MADE SUBJECT TO CONDITIONS ON REVERSE OF COPIES.
Received by:

REV. 10/16
M NO. 102



NO. 370283

# YARD TICKET

**Martin Energy Services LLC**
Three Riverway, Suite 400
Houston, Texas 77056

YTK 370283



JDE # _____
Branch Plant: MMLP 285

☐ TRANSFER   ☐ REPACK   ☐ SALE   ☐ CO-USE

| BILL TO: BOUCHARD TRANSP. | CUSTOMER NO. | DATE: 9-2-19 |
|---|---|---|
| ORDERED BY | | P.O. NO./AFE: |
| PHONE NO. ███████ | | LEASE NO. |
| AREA/BLOCK BOLIVAR RDS | OCSG# | WELL NO. |
| RIG/VESSEL KIM BOUCHARD | TIME STARTED       AM/PM | TIME FINISHED       AM/PM |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | HOURS RT/OT |
|---|---|---|---|
| | ROUSTABOUTS | | |
| | CRANE | | |
| | FORKLIFT | | |
| | EQUIPMENT OPERATOR | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| | | HOUSEHOLD TRASH | BAGS | Lg | 20 |
| | | DOT ENVIRO MANIFEST # 29645 | DRUM 55 GL | | 2 |
| | | EMTY 20 GAL KEGS | KEGS | | 5 |

| | DRUMS DELIVERED | | DRUMS RETURNED | | | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: ST 665200 | | STO 671300 | GALS. 6100 | GAUGE TANKINGS | | |
| TERMINAL _____ SUPPLIER _____ BOL # _____ METER TKT. # _____ TRUCK# _____ TRAILER # _____ | | | | | | | |
| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 | | |
| 1 CARGO TANK | | | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD  ☐ CHECK  ☐ CASH $ _____   INITIALS _____   TOTAL REC'D. $ _____

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _____
Customer Signature

_____
Martin Energy Services Representative

**MGO/DMA**

# DELIVERED QUOTES

DATE: 9/2/19

Customer: Bouchard Transportation (Acct#2657)

Billing Address: _____

PO #: _____  Vessel: Kim Bouchard   IMO#: 9753179

Delivery Date: 9/2/19   ETA: _____   Time: 1500hrs

Broker: Brouchard Transportation

Name: Dispatcher   Phone: ▮▮▮▮▮

Agent: Dispatchers or Tug Captain   Phone: _____

Dock / Pier: Bolivar Roads   City: _____

Quantity: _____   M.Tons / 55,000 gals ECA /ga.

Bill Customer: _____   M.Tons / Amy will price 2.06 /ga.

Midstream Nets: _____   M.Tons / _____ /ga.

Delivered By: Barge   Barge/Truck   Delivered From: _____ Terminal

API Gravity: 35.4
Density @ 15°C: 0.08478
Flash: 160°F
Gallons/ M.Ton: _____

Lube Requirements: _____
Cetane: 47.1
Sulfur: 0.00015%

Comments: ECA Fuel

Do not charge for TX Led
Invoice to Amy Love for approval before sending to customer

Case 0:19-cv-63000-KMW Document 1-1 Entered on FLSD Docket 12/06/2019 Page 6 of 10



# Bill of Lading / Delivery Receipt

IN CASE OF EMERGENCY CALL: 800-421-4738

Page 1 of 1
BOL # 384502

**MARTIN ENERGY SERVICES**

**SHIP TO**
81793
PORT OF GALVESTON
123 25TH ST
GALVESTON TX 77550

**DELIVERED TO**

**CUSTOMER**
2657
BOUCHARD TRANSPORTATION CO

**CUSTOMER PO:**
**ORDER BY:** CAPT
**ORDER BY PHONE:**

| SHIP DATE / TIME | ORDER # / DATE | REQUEST DATE / TIME | CARRIER | TRUCK # / TRAILER # | FREIGHT CODE | MODE OF TRANSPORT |
|---|---|---|---|---|---|---|
| 09/02/19 | 384627  9/2/2019 | 09/02/19 | 630-MARTIN MARINE | | | Barge (bulk) |
| ARRIVAL DATE / TIME | SCHD PICK DATE / TIME | AFE # | OCSG / LEASE | WELL # | | |
| 9/2/2019 | 9/2/2019 | | | NA | | |

| LN# | ORDERED | SHIPPED | BACKORDER | UM | ITEM / LOT | HM | DESCRIPTION | WEIGHT (LB) |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 55,000.00 | 55,000.00 | 0.00 | GA | 497193 | X | NA1993, DIESEL FUEL, 3, PG III<br>ECA MAR FUEL DYED 15 PPM MAX, BULK<br>. GUIDE 128<br>♦ Yard: 370283 ♦ Meter: 314793 ♦ Rig: NA ♦ Vessel: KIM BOUCHARD ♦ Area-Block: NA<br><br>FOR USE IN CATEGORY 3 MARINE VESSELS ONLY. NOT FOR USE IN ENGINES NOT INSTALLED<br>ON C3 MARINE VESSELS.<br>DYED DIESEL/KEROSENE FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE. | 390,500.00 |
| 2.00 | 20.00 | 20.00 | 0.00 | EA | 502797 | | DISPOSAL, BAGS OF TRASH<br>♦ Yard: 370283 ♦ Meter: 314793 ♦ Rig: NA ♦ Vessel: KIM BOUCHARD ♦ Area-Block: NA | 0.00 |
| 3.00 | 2.00 | 2.00 | 0.00 | EA | 496304 | | DISPOSAL, FILTER & RAG DRUMS, 296455<br>♦ Yard: 370283 ♦ Meter: 314793 ♦ Rig: NA ♦ Vessel: KIM BOUCHARD ♦ Area-Block: NA | 0.00 |
| 4.00 | 6,100.00 | 6,100.00 | 0.00 | GA | 496528 | | POTABLE WATER<br>♦ Yard: 370283 ♦ Meter: 314793 ♦ Rig: NA ♦ Vessel: KIM BOUCHARD ♦ Area-Block: NA | 45,750.00 |

| BRANCH INFORMATION | NOTES & PRINT MESSAGES | TOTAL WEIGHT |
|---|---|---|
| 12084090<br>MARTIN ENERGY SERVICES, LLC | | 436,250.00 |

**TANK GAUGING**

Before: _____   Supplier: _____
After: _____   Supplier BOL: _____

This is to certify that the herein named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

♦ ♦ ♦ THIS BILL OF LADING IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING. ♦ ♦ ♦

Driver's Signature: _____   Shipper's Signature: _____

Received By Signature: _____   Received By Name: _____   Date: _____

## NON-HAZARDOUS MATERIAL MANIFEST – NOT NEGOTIABLE

**GENERATOR INFORMATION**

**296455**

| 1. GENERATOR NAME & ADDRESS | 4. MANIFEST NO.: | MANF 296455 |
|---|---|---|
| Name: BOUCHARD TRANSPORTATION | YT# 370283 | |
| Street Address: | | |
| City, ST ZIP Code: | | |
| Telephone No.: | | |
| US EPA#: | | |

| 2. GENERATOR SITE: RIG OR VESSEL INFORMATION | 5. CONTAINER IDENTIFICATION NUMBER(S), (SECURITY TAG#): |
|---|---|
| Name: KIM BOUCHARD | a) |
| Street Address: | b) |
| City, ST ZIP Code: | c) |
| Telephone No.: | d) |
| US EPA#: | e) |

| 3. PICK UP LOCATION | 6. TRUCK # | 9. CARGO MANIFEST # |
|---|---|---|
| Name: BOLIVAR RDS | 7. BRANCH # | 10. AFE/REQ/DTR/FR # |
| Street Address: | | |
| City, ST ZIP Code: | 8. TCEQ# | 11. TNRCC # |

IN CASE OF SPILL, FIRE, LEAK OR OTHER EMERGENCY CALL MARTIN ENERGY SERVICES TOLL FREE (800) 962-8307

**CUSTOMER ORDER INFORMATION**

| 12. Description of Waste | 13. # of Containers | 14. Container Size | 15. Total Qty. | 16. Unit Wt./Vol. | 17. Additional Information |
|---|---|---|---|---|---|
| a) FILTERS & RAGS | 2 | 55 | | | D.O.T. Drums |
| b) | | | | | |
| c) | | | | | |
| d) | | | | | |
| e) | | | | | |

**GENERATOR INFORMATION**

Generator represents, warrants and convents that the waste delivered to the service provider (Martin) at its designated facility hereunder will be acceptable waste and will not contain any unacceptable quantity of regulated hazardous waste not disclosed within waste characterization and waste profile documents submitted prior for approval before waste is removed from generation point. The material must also not contain any radioactive materials or substances, or toxic waste or substances, as defined by applicable Federal, State and Local laws and regulations without prior approval and profile documentation from service provider. Any waste which does not meet those requirements shall hereinafter be referred to as "Unacceptable Waste". I certify that the materials described above on this Manifest are not subject to Federal regulations for reporting proper disposal of Hazardous Waste.

| 18. GENERATOR PRINTED/TYPED NAME | SIGNATURE | MO. DAY. YR. |
|---|---|---|
| Daniel Rose | [signature] | SEPT 2, 2019 |

**TRANSPORTER INFORMATION**

| 19. TRANSPORTER 1 PRINTED/TYPED NAME | FACILITY US EPA # | SIGNATURE | MO. DAY. YR. |
|---|---|---|---|
| | | | |

| 20. TRANSPORTER 2 PRINTED/TYPED NAME | FACILITY US EPA # | SIGNATURE | MO. DAY. YR. |
|---|---|---|---|
| | | | |

**DESTINATION FACILITY INFORMATION**

Designated Facility Owner or Operator: Certification of Receipt of materials covered by the manifest

| 21. PRINTED/TYPED NAME | SIGNATURE | MO. DAY. YR. |
|---|---|---|
| | | |



**MARTIN ENERGY SERVICES LLC**
THREE RIVERWAY STE 400
HOUSTON, TX 77056

# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 2657 | 10/10/2019 | 629610 | Page 1 of 1 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 81793 | 11/9/2019 | 393250 | 12084090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Sold To: BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE, NY 11747-2342

ATTN: ACCOUNTS PAYABLE

Ship To: PORT OF GALVESTON
123 25TH ST
GALVESTON, TX 77550

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| | | CAPT | | 630 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| | | NA | | | | IC - Interstate Commerce |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12.000000 | EA | 502797 | DISPOSAL, BAGS OF TRASH | | | 25.000000 | 300.00 |
| 1.000000 | EA | 496304 | DISPOSAL, FILTER & RAG DRUMS | | | 100.000000 | 100.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:   $400.00**

**MESSAGES**

**PAYMENT REMITTANCE**

CHECK:
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE:
Regions Bank
Account # _____0625
ABA # _____
ACH # _____
Swift Code: UPNBUS44

••• THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. •••

DOC. CONTROL #   10102019202135



Professional Dataforms (713) 703-0326

# YARD TICKET

NO. 354779

YTK 354779

**MARTIN ENERGY SERVICES**
Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056

JDE # _____
Branch Plant: MMLP 285
☐ TRANSFER  ☐ REPACK  ☐ SALE  ☐ CO-USE

BILL TO: Bouchard Transportation
CUSTOMER NO.: _____
DATE: 10/8/19
ORDERED BY: _____
P.O. NO./AFE: _____
PHONE NO.: _____
LEASE NO.: _____
AREA/BLOCK: Boliver Rds
OCSG#: _____
WELL NO.: _____
RIG/VESSEL: Kim Bouchard
TIME STARTED: _____ AM/PM
TIME FINISHED: _____ AM/PM
HOURS RT/OT

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | HOURS RT/OT |
|---|---|---|---|
| | ROUSTABOUTS | | |
| | CRANE | | |
| | FORKLIFT | | |
| | EQUIPMENT OPERATOR | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| | | Household Trash | Lg bag | 155 | 12 |
| | | Oily Rags/Filters | Drum | 155 | 1 |

DRUMS DELIVERED _____ DRUMS RETURNED _____

WATER: _____ METER READINGS: START _____ STOP _____ GALS _____

GAUGING TANKS: BEFORE _____ AFTER _____

TERMINAL _____ SUPPLIER _____ BOL # _____ METER TKT. # _____ TRUCK # _____ TRAILER # _____

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

MEDIA OF PAYMENT: ☐ CREDIT CARD  ☐ CHECK  ☐ CASH $ _____   INITIALS _____ TOTAL REC'D $ _____

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

"This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS. (800) 421-4738

Kim M. Bouchard

APPROVED BY: X _____
Customer Signature

_____
Martin Energy Services Representative

# NON-HAZARDOUS MATERIAL MANIFEST – NOT NEGOTIABLE

## GENERATOR INFORMATION

**296394**

| 1. GENERATOR NAME & ADDRESS | 4. MANIFEST NO.: |
|---|---|
| Name: Bouchard Transportation | MANF 296394 |
| Street Address: | |
| City, ST ZIP Code: | |
| Telephone No.: | |
| US EPA #: | |

| 2. GENERATOR SITE: RIG OR VESSEL INFORMATION | 5. CONTAINER IDENTIFICATION NUMBER(S), (SECURITY TAG#): |
|---|---|
| Name: Kim Bouchard | a) |
| Street Address: | b) |
| City, ST ZIP Code: | c) |
| Telephone No.: | d) |
| US EPA #: | e) |

| 3. PICK UP LOCATION | | |
|---|---|---|
| Name: Bolivar Rds | 6. TRUCK # | 9. CARGO MANIFEST # |
| Street Address: | 7. BRANCH # | 10. AFE/REQ/DTR/FR # |
| City, ST ZIP Code: Galv TX | 8. TCEQ# | 11. TNRCC # |

**IN CASE OF SPILL, FIRE, LEAK OR OTHER EMERGENCY CALL MARTIN ENERGY SERVICES TOLL FREE (800) 962-8307**

## CUSTOMER ORDER INFORMATION

| 12. Description of Waste | 13. # of Containers | 14. Container Size | 15. Total Qty. | 16. Unit Wt./Vol. | 17. Additional Information |
|---|---|---|---|---|---|
| a) Oily Rags / Filters | | Drm | 1/55 | 1 | |
| b) | | | | | |
| c) | | | | | |
| d) | | | | | |
| e) | | | | | |

## GENERATOR INFORMATION

Generator represents, warrants and convents that the waste delivered to the service provider (Martin) at its designated facility hereunder will be acceptable waste and will not contain any unacceptable quantity of regulated hazardous waste not disclosed within waste characterization and waste profile documents submitted prior for approval before waste is removed from generation point. The material must also not contain any radioactive materials or substances, or toxic waste or substances, as defined by applicable Federal, State and Local laws and regulations without prior approval and profile documentation from service provider. Any waste which does not meet these requirements shall hereinafter be referred to as "Unacceptable Waste". I certify that the materials described above on this Manifest are not subject to Federal regulations for reporting proper disposal of Hazardous Waste.

| 18. GENERATOR PRINTED/TYPED NAME | SIGNATURE | MO. DAY YR. |
|---|---|---|
| X Kim M. Bouchard | Kim Appl | 10 / 08 / 19 |

## TRANSPORTER INFORMATION

| 19. TRANSPORTER 1 PRINTED/TYPED NAME | FACILITY US EPA # | SIGNATURE | MO. DAY YR. |
|---|---|---|---|
| | | | |

| 20. TRANSPORTER 2 PRINTED/TYPED NAME | FACILITY US EPA # | SIGNATURE | MO. DAY YR. |
|---|---|---|---|
| | | | |

## DESTINATION FACILITY INFORMATION

Designated Facility Owner or Operator: Certification of Receipt of materials covered by the manifest

| 21. PRINTED/TYPED NAME | SIGNATURE | MO. DAY YR. |
|---|---|---|
| | | |