UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

| | |
|---|---|
| MARTIN ENERGY SERVICES LLC<br><br>VERSUS<br><br>M/V KIM M. BOUCHARD, bearing Official No. 1257372, her tackle, furniture, apparel, appurtenances, etc., *in rem*, and BOUCHARD TRANSPORTATION CO., INC., *in personam* | CIVIL ACTION NO.19-cv-63000-KMW<br><br>IN ADMIRALTY,<br>F.R.C.P. 9(h) AND RULE C |

### *EX PARTE* MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes complainant, Martin Energy Services LLC ("Martin Energy"), who pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, files this *Ex Parte* Motion of Voluntary Dismissal with Prejudice for its claims against the M/V KIM M. BOUCHARD, bearing Official No. 1257372, her tackle, furniture, apparel, appurtenances, etc., *in rem* ("the Vessel"), and Bouchard Transportation Co., Inc., *in personam*. No answer has been filed in this matter. This matter has been resolved. Accordingly, Martin Energy, respectfully requests an Order dismissing the case with prejudice, including the immediate release of the Vessel from seizure by the United States Marshal's Service.

**WHEREFORE**, Martin Energy Services LLC moves the Court for an order dismissing Martin Energy's claims against the M/V KIM M. BOUCHARD and Bouchard Transportation Co., Inc., with prejudice.

Respectfully submitted,


/s/ *Jerrod M. Maddox*
Jerrod M. Maddox (Fla. Bar No. 117820)
Jones Walker LLP
Miami Center, Suite 2600
201 S. Biscayne Blvd.
Miami, FL  33131-4341
305-678-5700
305-678-5710 (fax)
Email: jmaddox@joneswalker.com


AND

   /s/ *Grady S. Hurley*
GRADY S. HURLEY (La. Bar #13913)
JEANNE L. AMY (La. Bar #37012)
Jones Walker LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8224
Facsimile:      (504) 589-8224
Email:  ghurley@joneswalker.com
           jamy@joneswalker.com

*Counsel for Martin Energy Services LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

| | |
|---|---|
| MARTIN ENERGY SERVICES LLC<br><br>VERSUS<br><br>M/V KIM M. BOUCHARD, bearing Official No. 1257372, her tackle, furniture, apparel, appurtenances, etc., *in rem*, and BOUCHARD TRANSPORTATION CO., INC., *in personam* | CIVIL ACTION NO. 19-cv-63000-KMW<br><br>IN ADMIRALTY,<br>F.R.C.P. 9(h) AND RULE C |

## **ORDER**

Considering the foregoing *Ex Parte* Motion for Voluntary Dismissal with Prejudice filed by Martin Energy Services LLC;

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that all claims asserted in the above-captioned matter are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the United States Marshal's Service shall release the M/V KIM M. BOUCHARD, bearing Official No. 1257372, from seizure.

Fort Lauderdale, Florida, this \_\_\_\_\_ day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE

{N3934004.1}